**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1568**

———————

FRANCISCO ANTONIO JUAN,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE; THE
UNITED STATES ATTORNEY GENERAL, John Ashcroft,

Respondents.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals. (No. A73-718-483)

———————

Submitted: December 17, 2002          Decided: January 22, 2003

———————

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Donald L. Schlemmer, Washington, D.C., for Petitioner. Robert D.
McCallum, Jr., Assistant Attorney General, Richard M. Evans,
Assistant Director, Marion E. Guyton, Office of Immigration
Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.,
for Respondents.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Antonio Francisco Juan, a native and citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals ("Board") affirming without opinion the immigration judge's order finding Juan removable and denying his application for asylum and withholding of removal. The Board and immigration judge's determination that Juan is not eligible for asylum must be upheld unless that determination is "manifestly contrary to law." 8 U.S.C. § 1252(b)(4)(C) (2000). We have reviewed the administrative record and find no error in the Board and immigration judge's conclusion that Juan failed to establish a well-founded fear of persecution. See 8 U.S.C. § 1101(a)(42)(A) (2000); M.A. v. INS, 899 F.2d 304, 307 (4th Cir. 1990) (en banc). Accordingly, we deny Juan's petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED